JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 13-600-JST (OPx)                                      Date:  July 23, 2013
Title:  Kaliman Sarkam v. Northland Group, Inc.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                         Not Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER ADMINISTRATIVELY CLOSING CASE**

   On June 20, 2013, the Court granted Defendant's unopposed Motion to Dismiss Plaintiff's First Amended Complaint.  (Order, Doc. 22.)  In that Order, the Court granted Plaintiff 21 days to file a motion for leave to amend, and the Court advised Plaintiff that the matter would be administratively closed if Plaintiff did not timely file such a motion.  To date, Plaintiff has not filed a motion for leave to amend.
   Accordingly, this matter is ADMINISTRATIVELY CLOSED.

Initials of Preparer:  tg